**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**KEYNON JOHNSON and**      **PLAINTIFFS**
**XAVIEN JOHNSON**

**V.**      **NO. 4:16-CV-210-DMB-JMV**

**FREDRICK RICKY BANKS and**
**LEFLORE COUNTY**      **DEFENDANTS**

## ORDER

On January 17, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that the defendants' motion to dismiss be granted and this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 for the plaintiffs' failure to prosecute. Doc. #25. No objections to the Report and Recommendation were filed.

Where no objections to a report and recommendation are filed, a "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). This Court has reviewed the Report and Recommendation and found no plain error. Accordingly, the Report and Recommendation [25] is **ADOPTED** as the opinion of the Court; the defendants' motion to dismiss [24] is **GRANTED**; and the plaintiffs' claims are **DISMISSED with prejudice**. A final judgment will issue separately.

**SO ORDERED**, this 17th day of April, 2018.

                                           /s/Debra M. Brown
                                           **UNITED STATES DISTRICT JUDGE**